# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>          Plaintiff,<br><br>     v.<br><br>B. MARTINEZ, et al.,<br><br>          Defendants. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO ADD DEFENDANT BARRIOS TO ACTION<br><br>[ECF No. 21] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion to add Defendant Barrios to the action, filed September 6, 2016.  Plaintiff previously filed the same motion on August 1, 2016, which was denied on August 30, 2016.  (ECF Nos. 16 & 20.)

In the instant motion, Plaintiff states that he re-submitted the same motion previously filed on August 1, 2016, in order to supply "verification" of said motion.  (ECF No. 21, Mot. at 3:3-5.) Plaintiff's second motion, now with verification, to add Defendant Barrios to the action is DENIED for the same reasons explained in the Court's August 30, 2016, order.

IT IS SO ORDERED.

Dated:  **September 7, 2016**

UNITED STATES MAGISTRATE JUDGE

1