UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. S. WADKINS,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER TO COMPLAINT<br><br>[ECF No. 23] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This is action is proceeding against Defendant W. S. Wadkins for a due process violation arising out of rules violation report hearing on November 23, 2015.

On August 18, 2016, Defendant Wadkins filed an answer to Plaintiff's complaint. (ECF No. 17.) On September 8, 2016, Plaintiff filed a response to Defendant's answer. (ECF No. 23.)

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

1

1 Fed. R. Civ. P. 7(a).  Because the Court did not order Plaintiff to reply to answer, Plaintiff's response
2 is HEREBY STRICKEN from the record.

4 IT IS SO ORDERED.

5 Dated: **September 9, 2016**

6                                        UNITED STATES MAGISTRATE JUDGE