UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>            Plaintiff,<br><br>       v.<br><br>W.S. WADKINS,<br><br>            Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY TERMINATE MOTION FOR SUMMARY JUDGMENT, FILED OCTOBER 14, 2016, PURSUANT TO NOTICE OF WITHDRAWAL OF MOTION<br><br>[ECF No. 29] |

   Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On December 16, 2016, Defendant Wadkins filed a notice to voluntarily withdraw the motion for summary judgment, filed on October 14, 2016.

   Pursuant to the notice of withdrawal, the Clerk of Court is directed to administratively terminate Defendant's motion for summary judgment, filed October 14, 2016.

IT IS SO ORDERED.

Dated:   **December 19, 2016**

                                                                              UNITED STATES MAGISTRATE JUDGE

1