# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>            Plaintiff,<br><br>     v.<br><br>W.S. WADKINS,<br><br>            Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME, FILED MARCH 6, 2017<br><br>[ECF No. 31] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 6, 2017, Plaintiff filed a motion for an extension of time to respond to Defendant's first set of interrogatories and request for production of documents. However, Plaintiff has not indicated when the discovery requests were served and when his responses are/were due. Accordingly, in the interest of judicial efficiency and in light of the impending discovery deadline, the Court directs Defendant to file an opposition or statement of non-opposition to Plaintiff's request within five (5) business days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 14, 2017**

UNITED STATES MAGISTRATE JUDGE

1