# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>    Plaintiff,<br><br>v.<br><br>W.S. WADKINS,<br><br>    Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND THE DISCOVERY DEADLINE TO MAY 8, 2017<br><br>[ECF No. 40] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the discovery deadline, filed April 13, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that the discovery cut-off date is extended up to and including **May 8, 2017**. All other deadlines set forth in the Court's August 23, 2016, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: __**April 14, 2017**__

                                              UNITED STATES MAGISTRATE JUDGE

1