| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>        Plaintiff,<br><br>    v.<br><br>W.S. WADKINS,<br><br>        Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SUBMIT PRODUCTION OF DOCUMENTS TO DEFENDANTS<br><br>[ECF No. 42]<br><br>Plaintiff's discovery responses due: **May 24, 2017**<br><br>Discovery Cut-off: **June 14, 2017** |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion request an extension of time to submit a production of documents to Defendants. (ECF No. 42.) Plaintiff seeks a 30-day extension due to law library closures preventing him from researching and making copies for the document production. Plaintiff does not anticipate any further requests for extension. The Court finds good cause for the requested extension.

Previously, Defendants had sought and been granted an extension of the discovery cut-off date to allow them to receive and review Plaintiff's discovery responses and determine whether a motion to compel will be necessary. The discovery cut-off date will also be extended for this purpose, so that Defendants are not prejudiced by the extension being granted to Plaintiff.

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's deadline to respond to Defendants' discovery requests served on February 1, 2017 is **May 24, 2017**; and

2. The discovery cut-off date is extended up to and including **June 14, 2017**. All other deadlines set forth in the Court's August 23, 2016, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 20, 2017**

UNITED STATES MAGISTRATE JUDGE