# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING, | Case No.: 1:16-cv-00433-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER EXTENDING DISPOSITIVE MOTION DEADLINE TO **SEPTEMBER 3, 2017**, IN LIGHT OF SETTLEMENT CONFERENCE |
| W.S. WADKINS, | |
| Defendant. | |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a settlement conference on June 9, 2017. Pursuant to the Court's August 23, 2016, discovery and scheduling order, the deadline for filing dispositive motions is July 3, 2017. In light of the settlement conference on June 9, 2017, the deadline to file dispositive motions is extended to September 3, 2017. All other provisions of the Court's August 23, 2016, remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 4, 2017**

UNITED STATES MAGISTRATE JUDGE

1