# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W.S. WADKINS,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 36, 37, 39] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 6, 2017, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motions for summary judgment be denied. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. Over thirty days have passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on April 6, 2017, are adopted in full; and
2. Plaintiff's motions for summary judgment are denied.

IT IS SO ORDERED.

Dated: **May 18, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE