**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO KING, | Case No.: 1:16-cv-00433-LJO-SAB (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S SETTLEMENT OFFER |
| v. | |
| W.S. WADKINS, | [ECF No. 58] |
| Defendant. | |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 9, 2017, a settlement conference was held in this case before United States Magistrate Judge Michael J. Seng, and the case did not settle.

On June 26, 2017, Plaintiff filed a notice of settlement negotiations. Plaintiff's sets forth his demands for settlement in this case. Plaintiff is advised that settlement offers and/or negotiations between the parties shall be not be filed with the Court. In addition, any demand by Plaintiff for employment termination sanctions against Defendant is not a proper form of relief in a section 1983 action. Accordingly, there is no basis for relief on Plaintiff's counteroffer for settlement.

IT IS SO ORDERED.

Dated: **June 28, 2017**

UNITED STATES MAGISTRATE JUDGE

1