UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W.S. WADKINS,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DIRECTING CLERK OF COURT TO ADMINISTRATIVELY TERMINATE MOTION TO COMPEL<br><br>(ECF No. 54) |

On June 13, 2017, Defendant Wadkins filed a motion to compel Plaintiff's responses to Defendant's request for production of documents. On July 12, 2017, Defendant Wadkins filed a notice of withdrawal of the motion to compel production of documents.

Accordingly, Defendant's motion to compel shall be disregarded and the Clerk of Court is directed to administratively terminate Defendant's motion to compel production of documents filed June 13, 2017.

IT IS SO ORDERED.

Dated: __**July 13, 2017**__

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1