# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>        Plaintiff,<br><br>    v.<br><br>W.S. WADKINS,<br><br>        Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 69] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for an extension of the dispositive motion deadline, filed August 28, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended to and including September 18, 2017.

IT IS SO ORDERED.

Dated: **August 29, 2017**

                                          UNITED STATES MAGISTRATE JUDGE