# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W.S. WADKINS,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO NOTICE OF WITHDRAWAL<br><br>[ECF Nos. 64, 68] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 28, 2017, Defendant Wadkins filed a notice to voluntarily withdraw the motion for sanctions, filed on August 3, 2017.

Pursuant to the notice of withdrawal, the Clerk of Court is directed to administratively terminate Defendant's motion for sanctions, filed August 3, 2017.

IT IS SO ORDERED.

Dated: __**August 29, 2017**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1