# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO KING,<br><br>        Plaintiff,<br><br>    v.<br><br>W.S. WADKINS,<br><br>        Defendant. | Case No.: 1:16-cv-00433-LJO-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S OBJECTIONS TO COURT'S ORDER TO RE-OPEN DISCOVERY<br><br>[ECF No. 75] |

Plaintiff Mario King is a state prisoner and appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 15, 2017, Plaintiff filed objections to the Court's September 1, 2017, order denying his motion to re-open discovery.

Plaintiff contends that he has been diligent in attempting to prosecute this action and seek discovery from Defendant. Plaintiff specifically contends that Defendant is in possession of his first set of interrogatories and first set of requests for production of documents.

///
///
///
///
///

1

Inasmuch as on September 13, 2017, the Court denied Plaintiff's motion to compel but directed Defendant to respond to Plaintiff's first set of interrogatories and first set of requests for production of documents, Plaintiff's objections are moot and shall be denied.

IT IS SO ORDERED.

Dated:  **September 19, 2017**

UNITED STATES MAGISTRATE JUDGE